**UNITED STATES of America,**
**Appellee,**

v.

**Brandon Leroy STOCKDALL,**
**Appellant.**

**No. 04–3681.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 10, 2005.

Decided: May 19, 2005.

John S. Courter, Benjamin J. Stansberry, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Brandon Leroy Stockdall, Leavenworth, KS, pro se.

Brent D. Rosenberg, Rosenberg Law Firm, Des Moines, IA, for Appellant.

Before WOLLMAN, BRIGHT, and BYE, Circuit Judges.

PER CURIAM.

Brandon Leroy Stockdall appeals from the sentence of 130 months of imprisonment imposed following his plea of guilty to a charge of possession with intent to distribute methamphetamine, a violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B). In light of the fact that Stockdall preserved his challenge to the constitutionality of the United States Sentencing Guidelines, the government has moved that the case be remanded for resentencing. The motion is granted, and the case is remanded to the district court for resentencing in accordance with the holding in *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).